# Court of Appeals
# of the State of Georgia

ATLANTA, May 18, 2017

*The Court of Appeals hereby passes the following order*

**A17D0421. IN THE INTEREST OF: T. J. et al., CHILDREN (MOTHER).**

    Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

02815J0939 02815J0940



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, May 18, 2017.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*